| | | | |
|---|---|---|---|
| In Re: | ) | Chapter | |
| | ) | | |
| | ) | Case No. | |
| | ) | | |
| Debtor | ) | | |
| _____ | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |
| Movant | ) | NOTICE OF PRELIMINARY HEARING | |
| | ) | | |
| v. | ) | Docket No. | |
| | ) | | |
| | ) | | |
| | ) | | |
| Respondent | ) | | |

TO:   Debtor:
        Atty for Debtor:
        Trustee:

**NOTICE IS HEREBY GIVEN** that a MOTION FOR RELIEF FROM THE AUTOMATIC STAY was filed on _____ by _____, Attorney for Movant, _____.

**NOTICE IS FURTHER GIVEN** that a PRELIMINARY HEARING on the MOTION FOR RELIEF FROM THE AUTOMATIC STAY will be held before Honorable Daniel P. Collins, United States Bankruptcy Judge, at 230 N. First Ave., 6th Foor, Courtroom 603, Phoenix, Az., on _____.

**NOTICE IS FURTHER GIVEN** that all proceedings in this contested matter shall be governed by the **Order re: Procedures in Stay Relief Matters**, attached to this Notice.

DATED: _____        By: _____
                                                  Attorney for Movant

Copy of the foregoing mailed _____ to:
Debtor:
Atty for Debtor:
Trustee:

By: _____