FILED
2016 JAN 29 AM 10: 35
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re | ) |
| | ) Chapter 11 |
| | ) |
| ERLING S CALKINS | ) 3:13-bk-08354-DPC |
| ELAINE S CALKINS | ) |
| | ) RELEASE OF FUNDS FROM |
| | ) COURT'S REGISTRY |
| Debtor(s) | ) |

PURSUANT TO ORDER dated January 19, 2016, Check #007665963 in the amount of $29,923.00 payable to Ruffatto & Hofgard is released to Mark Hofgard.

Received this 29th day of January, 2016 by ___/s/ Mark Hofgard___
Mark Hofgard

Released by:
___/s/ Janet Spike___